# United States Bankruptcy Court
## Western District of Washington

In re  __Bonnie G Snavely__ _____

Debtor(s)

Case No.  __07-11283-SJS__

Chapter  __11__

---

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 48,200,000.00 | | |
| B - Personal Property | Yes | 4 | 120,907.27 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 14,093,456.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 470,733.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,442.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,353.00 |
| **TOTAL** | | 20 | 48,320,907.27 | 14,564,189.70 | |

# United States Bankruptcy Court
## Western District of Washington

In re __Bonnie G Snavely_____ Case No. __07-11283-SJS__
    Debtor(s)    Chapter __11__

---

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, ŒECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   Bonnie G Snavely,                                                     Case No. 07-11283-SJS
_____                          _____
                              Debtor(s)

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claims |
|---|---|---|---|---|
| Commercial property at 601 W Broadway St Missoula, MT | Fee simple - 100% interest | - | 2,000,000.00 | See below |
| 2 small cabins, Lake McDonald, Glacier Park, MT | 66.66% interest of property & water rights both creeks - subject to partition claim of Douglas Miller | - | 1,200,000.00 | See below |
| Kona Ranch - approximately 535 acres: consisting of Kona East (2 wells and 445 acres - $30,500,000), Kona West (64 acres with 1 residence, barn numerous buildings, corrals, wells - $10,000,000), and Headquarters (25 acres with 2 residences, large quonset building - $4,500,000) - portions subject to partition and easement litigation | Fee simple - 100% interest | - | 45,000,000.00 | See below |
| Various mineral rights in Blaine Co and Hill Co Montana | | | Unknown | |
| | | | | |
| *The properties described above are subject to the following security interests:* | | | | |
| *Robert C. Samuel* | *Secured by all of Kona Ranch except COS 939, COS 3554, and COS 2520* | | | 9,160,451.83 |
| *Stephen Forte* | *Secured by 601 W. Broadway, Lake McDonald cabins, and Kona Ranch East* | | | 1,801,686.00 |
| *Cornerstone Financial* | *Secured by portion of Kona Ranch East* | | | 276,418.00 |
| *Essex Ventures* | *Secured by portion of Kona Ranch East* | | | 2,468,893.65 |
| *The Varde Fund, L.P.* | *Secured by 601 W. Broadway* | | | 127,000.00 |

  1   continuation sheets attached to the Schedule of Real Property

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037                                    Best Case™ Bankruptcy

| | | | | |
|---|---|---|---|---|
| Mountain West Bank | Secured by 601 W. Broadway | | | 206,000.00 |
| City of Missoula | Secured by 601 W. Broadway | | | Unknown |
| Missoula Co Treasurer | Property taxes and special improvement district assessments on various portions of Kona Ranch | | | 14,683.00 |
| Flathead Co Treasurer | Property taxes and assessments on Lake McDonald property | | | Unknown |
| Milodragovich Dale, et al. | Judgment recorded 1/25/07 | | | 4,952.00 |
| Sullivan Tabaracci & Rhodes | Judgment recorded 1/25/07 | | | 17,372.02 |

| | | |
|---|---|---|
| Total➜ (Report also on Summary of Schedules) | 48,200,000.00 | 14,077,455.00 |

In re    **Bonnie G Snavely**                                     Case No.    **07-11283-SJS**
_____
                            Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 1,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct #xxxxxx088<br>1st National Bank of Montana<br>201 N Higgins Ave<br>Missoula, MT  59802** | - | 100.00 |
| | | **Checking Acct #xxxx390<br>USAA FSA<br>10750 McDermott Fwy<br>San Antonio, TX  78288** | - | 20,000.00 |
| | | **Checking Acct #xxxxx1910<br>Mountain West Bank<br>1821 South Ave<br>Missoula, MT  59802** | - | 2,000.00 |
| | | **Checking Acct #xxxxxxx15720<br>US Bank<br>Missoula, MT** | - | 150.00 |
| | | **Savings Acct #xxxxx1856 ("Mineral Acct")<br>1st Natl Bank of Montana** | - | 200.00 |
| | | **Savings Acct #xxxx5296 ("Real Estate/Ranch Acct")<br>1st Natl Bank of Montana** | - | 200.00 |
| | | **Savings Acct #xxxx8382<br>USAA FSA** | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > | 24,350.00 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __**Bonnie G Snavely**_____,            Case No. __**07-11283-SJS**_____

                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods/furnishings/books/pictures Location: 29655 232nd Ave SE, Black Diamond WA Storage in Renton, WA Location: Storage in Kalispell, MT Value unknown - insured for $175,000**<br><br>**Household goods/furnishings/books/pictures Location: 2270 Amigo Dr., Missoula, MT Location: Storage Unit, Missoula, MT Location: Lake McDonald cabins Value unknown - insured for $150,000** | - | **Unknown** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | - | **900.00** |
| 7. Furs and jewelry. | | **Jewelry and furs** | - | **20,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Skis, 3 cameras, canoe, fly fishing equipment, camping gear** | - | **1,000.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Montana Kona Ranch LLC 100% interest Never active**<br><br>**265 shares of stock in Frenchtown Grass Valley Ditch - value unknown.** | -<br><br>- | **0.00**<br><br>**Unknown** |

                                                    Sub-Total >            **21,900.00**
                                              (Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Bonnie G Snavely**                                 Case No.    **07-11283-SJS**

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Estate of Henry C Miller (father) 2 checks multiple divisions orders from Montana Land & Exploration Inc totalling $267.38** | - | **Unknown** |
| | | **Estate of Margueritte L Miller (mother) Multiple divisions orders from Montana Land & Exploration Inc** | - | **Unknown** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential wrongful prosecution and violation of stay action against Douglas Miller and Yellow Stone Fly LLC** | - | **Unknown** |
| | | **$44,282 - funds held in trust by Bullivant Houser for possible payment to Douglas Miller pursuant to court order** | - | **44,282.27** |
| | | **Potential prosecution of action against Cornerstone Financial for failing to perform on a signed loan commitment to refinance Kona Ranch in 2006** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >       **44,282.27**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re  **Bonnie G Snavely**                                          Case No. __07-11283-SJS__
                              _____,
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1983 Subaru GL 4WD 140,000 miles | - | 500.00 |
| | | 2004 Volvo V70 AWD 50,000 miles | - | 17,825.00 |
| | | 1989 Acura Legend 340,000 miles | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 computers, 3 combination fax/scanner/printers, color laser printer, office supplies and equipment | - | 950.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Air compressor, misc ranch tools & implements | - | 100.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Irrigation equipment for Kona Ranch - wheel and hand lines | - | 10,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 30,375.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 120,907.27 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **Bonnie G Snavely**                                     Case No.    07-11283-SJS
_____
                            Debtor(s)

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $125,000.
☒  11 U.S.C. §522(b)(2)
☐  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Various mineral and royalty rights in Blaine Co and Hill Co, MT | 11 U.S.C. § 522(d)(5) | 9,625.00 | 25,000.00 |
| **Cash on Hand** | | | |
| Cash on hand and in accounts | 11 U.S.C. § 522(d)(5) | 1,500.00 | 23,750.00 |
| Household goods/furnishings/books/pictures Location: 29655 232nd Ave SE, Black Diamond WA Location:  Storage in Kalispell, MT Value unknown - insured for $175,000  Household goods/furnishings/books/pictures Location:  2270 Amigo Dr., Missoula, MT Location:  Storage Unit, Missoula, MT  Location:  Lake McDonald cabins  Value unknown - insured for $175,000 | 11 U.S.C. § 522(d)(3) | 9,850.00 | Unknown |
| **Furs and Jewelry** | | | |
| Jewelry and furs | 11 U.S.C. § 522(d)(4) | 1,225.00 | 20,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Volvo V70 AWD 50,000 miles | 11 U.S.C. § 522(d)(2) | 2,950.00 | 17,825.00 |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| 3 computers, 3 combination fax/scanner/printers, color laser printer, office supplies and equipment | 11 U.S.C. § 522(d)(6) | 1,850.00 | 950.00 |
| | Total: | 27,000.00 | 97,525.00 |

Schedule of Property Claimed as Exempt consists of 1 total pages

In re    Bonnie G Snavely,                                                      Case No.    07-11283-SJS
_____
                              Debtor(s)

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> AmericanWest Bank <br> 9019 E Appleway Ave <br> Spokane, WA 99212 | | | 2004 Volvo V70 AWD <br> 50,000 miles <br><br> Value $          17,825.00 | | | | $      16,000.00 | $           0.00 |
| Account No. <br><br> City of Missoula <br> 140 W Pine <br> Missoula, MT | | | Kona Ranch <br> NOTICE ONLY <br><br><br><br> Value $     45,000,000.00 | | | | $       Unknown | $           0.00 |
| Account No. <br><br> City of Missoula <br> 140 W Pine <br> Missoula, MT | | | 601 W Broadway <br> NOTICE ONLY <br><br><br><br> Value $      2,000,000.00 | | | | $       Unknown | $           0.00 |
| Account No. <br><br> Cornerstone Financial <br> 13 2nd Ave E <br> Polson, MT  59860 | | | Portions of Kona Ranch East <br><br><br> Value $     45,000,000.00 | | | | $     276,418.00 | $           0.00 |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| Account No. | | Portion of Kona Ranch East | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Essex Ventures<br>c/o Escrow Svcs<br>POB 327<br>Kalispell, MT 59903 | | | | | | | | |
| | | Value $          45,000,000.00 | | | | $    2,468,893.65 | $ | 0.00 |
| Account No. | | | | | | | | |
| Flathead Co Treasurer<br>800 S Main<br>Kalispell, MT 59901 | | 2 small cabins, Lake McDonald, Glacier Park, MT - taxes and assessments | | | | | | |
| | | Value $           1,200,000.00 | | | | $           Unknown | $ | 0.00 |
| Account No. | | Kona Ranch - taxes and assessments | | | | | | |
| Missoula Co Treasurer<br>POB 7249<br>Missoula, MT 59807 | | | | | | | | |
| | | Value $          45,000,000.00 | | | | $          14,683.00 | $ | 0.00 |
| Account No. | | | | | | | | |
| Mountain West Bank<br>1821 S Ave<br>Missoula, MT 59802 | | Commercial property at 601 W Broadway St, Missoula, MT | | | | | | |
| | | Value $           2,000,000.00 | | | | $         206,000.00 | $ | 0.00 |
| Account No. | | First Mortgage<br>All Kona Ranch except COS 939, COS 3554 and COS 2520 | | | | | | |
| Robert C Samuel<br>5141 N 40th St #500<br>Phoenix, AZ 85018 | | | | | | | | |
| | | Value $          45,000,000.00 | | | | $    9,160,451.83 | $ | 0.00 |
| Account No. | | Kona Ranch East, 601 W Broadway, and Lake McDonald cabins | | | | | | |
| Stephen Forte<br>110 Erik Dr<br>Bozeman, MT 59715 | | | | | | | | |
| | | Value $          48,200,000.00 | | | | $    1,801,686.00 | $ | 0.00 |
| Account No. | | | | | | | | |
| The Varde Fund, L.P.<br>8500 Normandale Lake Blvd<br>#1570<br>Minneapolis, MN 55437 | | Commercial property at 601 W Broadway St Missoula, MT | | | | | | |
| | | Value $           2,000,000.00 | | | | $         127,000.00 | $ | 0.00 |

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| Account No.                                      |   | Judgment recorded 1/25/07 |   |   | X |                |    |
|--------------------------------------------------|---|---------------------------|---|---|---|----------------|----|
| Milodragovich Dale, et al.<br>620 High Park Dr<br>Missoula, MT  59803 |   |                           |   |   |   |                |    |
|                                                  |   | Value $                 . |   |   |   | $     4,952.00 | $  |
| Account No.                                      |   | Judgment recorded 1/25/07 |   |   | X |                |    |
| Sullivan Tabaracci & Rhodes<br>1821 South Ave<br>Missoula, MT  59801 |   |                           |   |   |   |                |    |
|                                                  |   | Value $                 . |   |   |   | $    17,372.02 | $  |

Holding Secured Claims

Total➜ $  14,093,456.00
(Report on Summary of Schedules)

Copyright © 1996-2000 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

In re    **Bonnie G Snavely**                                      Case No.    **07-11283-SJS**

                                                  Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          **1**      continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Bonnie G Snavely**
_____
Debtor

Case No. **07-11283-SJS**
_____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | |
| **IRS Jackson Federal Building 915 2nd Ave M/S W244 Seattle, WA 98174** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | | | | | |
| **IRS POB 21126 Philadelphia, PA 19114** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | | | | | |
| **MT Dept of Revenue POB 5805 Helena, MT 59604** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | | | | | |
| **MT UI Contrib Bureau POB 6339 Helena, MT 59604** | - | | | | | | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

In re     **Bonnie G Snavely**                                                    Case No.   __07-11283-SJS__
_____,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                    Promissory note | | | | | | | | |
| **1st Natl Bank of Montana** **201 N Higgins Ave** **Missoula, MT 59802** | X | - | | | | | | 103,776.90 |
| Account No.                                    Legal services | | | | | | | | |
| **Bullivant Houser** **1601 5th Ave #300** **Seattle, WA 98101** | | - | | | | | | 15,000.00 |
| Account No.                                    Accounting services | | | | | | | | |
| **Cosner Associates** **2929 3rd Ave N** **Billings, MT 59101** | | - | | | | | | 6,237.75 |
| Account No.                                    Legal services | | | | | | | | |
| **Crowley Haughey** **700 SW Higgins Ave #200** **Missoula, MT 59803** | | - | | | | | | 6,764.50 |
| __3__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | 131,779.15 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Bonnie G Snavely__                                    Case No. __07-11283-SJS__

                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Datsopoulos McDonald Lind<br>201 W Main #201<br>Missoula, MT 59802 | | - | | | Legal services | | | | 2,013.00 |
| Account No.<br><br>Douglas Miller<br>c/o Milodragovich Dale et al<br>620 High Park Dr<br>Missoula, MT 59803 | | - | | | Claim for easements | | | X | Unknown |
| Account No.<br><br>DTJ Design<br>1881 9th St #103<br>Boulder, CO 80302 | | - | | | Land use planning/architecture | | | | 55,206.46 |
| Account No.<br><br>Estate of Michael Snavely<br>c/o David Ryan<br>234 E Pine<br>Missoula, MT 59801 | | - | | | Claim for easements | | | X | Unknown |
| Account No.<br><br>James A Patten<br>2817 2nd Ave N #300<br>Billings, MT 59101 | | - | | | Legal services | | | | 55,000.00 |

| Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 112,219.46 |
|---|---|---|

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Bonnie G Snavely**                                    Case No. **07-11283-SJS**
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>Joe Wilcynski CPA<br>1015 3rd Ave #950<br>Seattle, WA 98104 | - | | | | Accounting services | | | | 104,357.00 |
| Account No.<br><br>Kembel Kosena & Co<br>124 W Pine St<br>Missoula, MT 59802 | - | | | | Appraisal consultation and work | | | | 4,250.00 |
| Account No.<br><br>Otten Johnson<br>950 17th St #1600<br>Denver, CO 80202 | - | | | | Legal services | | | | 1,997.50 |
| Account No.<br><br>Professional Consultants<br>3115 Russell St<br>Missoula, MT 59801 | - | | | | Planning, surveying and engineering | | | | 7,772.50 |
| Account No.<br><br>Richard Williams<br>2821 St Thomas Dr<br>Missoula, MT 59803 | - | | | | Promissory note | | | | 108,358.09 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,735.09

In re __Bonnie G Snavely__                                    Case No. __07-11283-SJS__
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for easements | | | | |
| **Yellowstone Fly LLC c/o Snavely Law Firm 210 N Higgins Ave Missoula, MT 59801** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **470,733.70** |

In re  **Bonnie G Snavely**                                     Case No. __07-11283-SJS__

_____
                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CHS**<br>**POB 1404**<br>**Mcpherson, KS 67460** | **Mineral rights & royalties lease**<br>**Blaine Co., MT** |
| **Dept of Natural Resources**<br>**POB 201601**<br>**Helena, MT 59620** | **State lease #10135 - expires 2015** |
| **Empire Oil Co**<br>**POB 1835**<br>**Williston, ND 58802** | **Mineral rights & royalties lease**<br>**Blaine Co., MT** |
| **J Burns Brown Oper Co**<br>**POB 420**<br>**Havre, MT 59501** | **Mineral rights & royalties lease**<br>**Blaine Co., MT** |
| **Mergenthaler Transfer**<br>**1414 N Montana Ave**<br>**Helena, MT 59601** | **Month-to-month storage rental for misc household items** |
| **Mr/Mrs Mark Gorup**<br>**2625 Amigo Dr**<br>**Missoula, MT 59808** | **Lease of labor house** |
| **Mullan Mini Storage**<br>**2855 Mullan Rd**<br>**Missoula, MT 59808** | **Month-to-month storage rental for misc household items** |
| **Pathfinder Energy Properties**<br>**POB 283**<br>**Chinook, MT 59523** | **Mineral rights & royalties lease**<br>**Blaine Co., MT** |
| **PortaBox-Storage**<br>**6860 Coal Crk Pkwy**<br>**Renton, WA 98059** | **Month-to-month storage rental for misc household items** |
| **Richard Williams/Duane Johnson**<br>**dba Clark Fork Cattle Co**<br>**2821 St Thomas Dr**<br>**Missoula, MT 59803** | **Ranch lease - expires December 2, 2012** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Bonnie G Snavely**                                                    Case No.    **07-11283-SJS**
_____
                                          Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard Williams** | **1st Natl Bank of Montana**<br>**201 N Higgins Ave**<br>**Missoula, MT 59802** |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   __Bonnie G Snavely__                     Case No.   __07-11283-SJS__

Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real estate development** | |
| Name of Employer | **Self-employed** | |
| How long employed | **27 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,667.00 | $ N/A |
| 8. Income from real property | $ 1,725.00 | $ N/A |
| 9. Interest and dividends | $ 50.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,442.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,442.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 3,442.00 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re __Bonnie G Snavely__          Case No. __07-11283-SJS__

      Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|   a. Are real estate taxes included?    Yes ___    No _X_ | | |
|   b. Is property insurance included?    Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 100.00 |
|             b. Water and sewer | $ | 0.00 |
|             c. Telephone | $ | 515.00 |
|             d. Other __Propane__ | $ | 400.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 165.00 |
| 8. Transportation (not including car payments) | $ | 56.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 35.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 595.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 188.00 |
|             d. Auto | $ | 214.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) __Taxes - real property__ | $ | 3,100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other | $ | 0.00 |
|             c. Other | $ | 0.00 |
|             d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other __Storage fees__ | $ | 465.00 |
|     Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,353.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,442.00 |
| b.   Average monthly expenses from Line 18 above | $ | 6,353.00 |
| c.   Monthly net income (a. minus b.) | $ | -2,911.00 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Western District of Washington

In re __Bonnie G Snavely__

Debtor(s)

Case No. __07-11283-SJS__

Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _March 27, 2007_

Signature _Bonnie G. Snavely_

Bonnie G Snavely

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re __Bonnie G Snavely_____     Case No. __07-11283-SJS__

Debtor(s)                        Chapter   __11__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,175.00** | **2007 - Operation of business** |
| **$49,715.22** | **2006 - Operation of business** |
| **$39,648.80** | **2005 - Operation of business** |

**2. Income other than from employment or operation of business**

None
☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,175.00 | 2007 - Rental income |
| $25,304.05 | 2006 - Rental income |
| $30,655.00 | 2005 - Rental income |
| $150.00 | 2007 - Royalties/leases |
| $772.25 | 2006 - Royalties/leases |
| $3,032.17 | 2005 - Royalties/leases |

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b.   *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Robert C Samuel<br>5141 N 40th St #500<br>Phoenix, AZ 85018 | Feb 2007 | $107,000.00 | $9,160,451.83 |
| 1st Natl Bank of Montana<br>201 N Higgins Ave<br>Missoula, MT 59802 | Jan 07, Feb 07 | $2,200.00 | $103,776.90 |
| AmericanWest Bank<br>9019 E Appleway Ave<br>Spokane, WA 99212 | Jan 2007, Feb 2007, Mar 2007 | $1,695.00 | $16,000.00 |
| Mountain West Bank<br>1821 S Ave<br>Missoula, MT 59802 | Dec 2006, Jan 2007, Feb 2007 | $8,524.77 | $206,000.00 |
| Cornerstone Financial<br>13 2nd Ave E<br>Polson, MT 59860 | Dec 06, Jan 07, Feb 07 | $10,170.00 | $276,418.00 |
| Essex Ventures<br>c/o Escrow Svcs<br>POB 327<br>Kalispell, MT 59903 | Dec 06, Jan 07, Feb 07 | $86,100.00 | $2,468,893.65 |

| | | |
|---|---|---|
| None ☐ | c. | *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Douglas Miller c/o Milodragovich Dale et al 620 High Park Dr Missoula, MT 59803 Brother | 8/24/06 | $10,000.00 | $0.00 |
| Douglas Miller c/o Preston Gates Ellis 925 4th Ave #2900 Seattle, WA 98101 Brother | 6/7/06 | $213,309.74 | $0.00 |

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

| | |
|---|---|
| None ☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sullivan Tabaracci & Rhoades v Snavely DV-07-130 | Attorneys fees | 4th Judicial District Missoula, MT | Judgment 1/25/07 |
| Milodragovich Dale Steinbrenner & Nygren v Snavely DV-07-130 | Attorneys fees | 4th Judicial District Missoula, MT | Judgment 1/25/07 |
| Samuels v Snavely DV-06-197 | Judicial foreclosure - all of Kona Ranch, except COS 939, COS 3554, COS 2520 | 4th Judicial District Missoula, MT | Pending |
| Miller v Snavely DV-97-59B | Partition action Lake McDonald | 4th Judicial District Missoula, MT | Pending |
| Miller v Snavely DV-02-1107 | Island partition and easement | 4th Judicial District Missoula, MT | Pending |
| Estate of Michael Snavely DP-04-36 | Probate | 4th Judicial District Missoula, MT | Pending |

| | |
|---|---|
| None ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
□

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Democratic Party** | | | **Debtor paid aggregate of $200-$500** |
| **Smithsonian** | | | **Debtor paid aggregate of $200-$500** |
| **Williamsburg Foundation** | | | **Debtor paid aggregate of $200-$500** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crocker Kuno Ostrovsky LLC**<br>**720 Olive Way #1000**<br>**Seattle, WA 98101** | **2/9/07** | **$25,000**<br>**CKO drew down $7,668.50 for pre-filing preparation; remaining balance in CKO trust account is $17,331.50** |
| **Bullivant Houser** | **Last 12 months** | **$289,698.59** |
| **Clearpoint Financial** | **3/20/07** | **$62.50** |

**10. Other transfers**

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Essex Ventures**<br>**c/o Escrow Svcs**<br>**POB 327**<br>**Kalispell, MT 59903**<br>   **Secured creditor** | **2/06** | **Portion of Kona Ranch East** |
| **Cornerstone Financial**<br>**13 2nd Ave E**<br>**Polson, MT 59860** | **2/06** | **Portion of Kona Ranch East** |
| **Stephen Forte**<br>**110 Erik Dr**<br>**Bozeman, MT 59715** | **3/07** | **601 W. Broadway, Missoula, Lake McDonald cabins, Kona Ranch East** |
| **The Varde Fund LP**<br>**8500 Normandale Lake Blvd**<br>**#1570**<br>**Minneapolis, MN 55437** | **2/07** | **601 W. Broadway, Missoula, MT** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **US Bank Missoula, MT 59801** | **Debtor (inherited from deceased aunt)** | **None** | |

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Estate of Henry C Miller** | **Montana Land & Exploration Inc - $208.21** **Montana Land & Exploration Inc - $59.17** | **uncashed checks in debtor's possession** |
| **Doug Miller c/o Milodragovich Dale et al 620 High Park Dr Missoula, MT 59803** | **Lincoln Continental** | **Kona Ranch** |

### 15. Prior address of debtor

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

     *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

     *If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bonnie G. Snavely Real Estate** | | **29655 232nd Ave SE Black Diamond, WA 98010** | **Real estate** | **1989 to present** |
| **real estate connections** | | **aka montana real estate connections 2275 Amigo Dr Missoula, MT 59808** | **Real estate** | **1999 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                           ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jacqueline McGuire CPA 2303 Highland Ct Bozeman, MT 59715** | **Bookkeeping 1997 to present** |
| **Joe Wilcynski CPA 1015 3rd Ave #950 Seattle, WA 98104** | **Accounting, tax preparation 1997 to present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS                       DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

~~Joe Wilcynski CPA~~                  ~~1015 3rd Ave #950~~
                                         Seattle, WA 98104

**Jacqueline McGuire CPA**             **2303 Highland Ct**
                                         **Bozeman, MT 59715**

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                     DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                   RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                  NATURE AND PERCENTAGE
NAME AND ADDRESS                              TITLE                 OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                 ADDRESS                       DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _March 27, 2007_                    Signature _Bonnie G. Snavely_

                                                     **Bonnie G Snavely**
                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Washington

In re **Bonnie G Snavely**

Debtor(s)

Case No. <u>07-11283-SJS</u>

Chapter <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...................................................... $ __**$25,000.00\*\***__

   Prior to the filing of this statement I have received........................................ $ __**7,668.50\*\***__

   Balance Due...................................................................................................... $ __**as earned**__

2. $ <u>**1,039.00**</u> of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **N/A**

**\*\*Debtor paid to CKO the sum of $25,000 on February 9, 2007. CKO drew down $7,668.50 for pre-petition preparation; the remaining balance in CKO's trust account as of the date of filing was $17,331.50.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: <u>March 27, 2007</u>

/s/ Jan S. Ostrovsky
**Jan S. Ostrovsky 16988
Crocker Kuno Ostrovsky LLC
720 Olive Way #1000
Seattle, WA 98101
206-624-9894  Fax: 206-624-8598**

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Jan S. Ostrovsky 16988

Printed Name of Attorney

Address:
720 Olive Way #1000
Seattle, WA 98101
206-624-9894

X _____
Signature of Attorney          Date

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Bonnie G Snavely

Printed Name(s) of Debtor(s)

X _____
Signature of Debtor          Date

Case No. (if known)   07-11283-SJS

X _____
Signature of Joint Debtor (if any)          Date

In re  **Bonnie G Snavely**
_____
           Debtor(s)

Case Number:  **07-11283-SJS**
_____
           (If known)

# STATEMENT OF CURRENT MONTHLY INCOME
## FOR USE IN CHAPTER 11

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| **1** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** <br> All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's Income** | **Column B** <br> **Spouse's Income** | |
| **2** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ |
| **3** | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference on Line 3. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 1,116.67 — Spouse $ <br> b. Ordinary and necessary business expenses — Debtor $ 1,593.78 — Spouse $ <br> c. Business income — Subtract Line b from Line a | $ 0.00 | $ |
| **4** | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 1,734.01 — Spouse $ <br> b. Ordinary and necessary operating expenses — Debtor $ 1,506.53 — Spouse $ <br> c. Rental income — Subtract Line b from Line a | $ 227.48 | $ |
| **5** | **Interest, dividends, and royalties.** | $ 15.16 | $ |
| **6** | **Pension and retirement income.** | $ 0.00 | $ |
| **7** | **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include contributions from the debtor's spouse if Column B is completed. | $ 0.00 | $ |
| **8** | **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $   0.00   Spouse $ | $ 0.00 | $ |
| **9** | **Income from all other sources.** If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. <br><br> a. — Debtor $ — Spouse $ <br> b. — Debtor $ — Spouse $ <br> Total and enter on Line 9 | $ 0.00 | $ |
| **10** | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ 242.64 | $ |
| **11** | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $                 242.64 | |

| | Part II. VERIFICATION |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*   Date: _Dec. 27, 2007_   Signature: _Bonnie G Snavely_ (Debtor) |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **09/01/2006 to 02/28/2007**.

### Line 3 - Income from operation of a business, profession, or farm
Source of Income: **Ranch**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 09/2006 | $3,700.00 | $3,640.73 | $59.27 |
| 5 Months Ago: | 10/2006 | $3,000.00 | $2,981.67 | $18.33 |
| 4 Months Ago: | 11/2006 | $0.00 | $434.42 | $-434.42 |
| 3 Months Ago: | 12/2006 | $0.00 | $2,505.83 | $-2,505.83 |
| 2 Months Ago: | 01/2007 | $0.00 | $0.00 | $0.00 |
| Last Month: | 02/2007 | $0.00 | $0.00 | $0.00 |
|  | Average per month: | $1,116.67 | $1,593.78 |  |
|  |  |  | Average Monthly NET Income: | $-477.11 |

### Line 4 - Rent and other real property income
Source of Income: **Rent**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 09/2006 | $6,000.00 | $1,643.08 | $4,356.92 |
| 5 Months Ago: | 10/2006 | $1,504.05 | $1,684.87 | $-180.82 |
| 4 Months Ago: | 11/2006 | $725.00 | $375.99 | $349.01 |
| 3 Months Ago: | 12/2006 | $725.00 | $2,087.22 | $-1,362.22 |
| 2 Months Ago: | 01/2007 | $725.00 | $124.00 | $601.00 |
| Last Month: | 02/2007 | $725.00 | $3,124.00 | $-2,399.00 |
|  | Average per month: | $1,734.01 | $1,506.53 |  |
|  |  |  | Average Monthly NET Income: | $227.48 |

### Line 5 - Interest, dividends, and royalties
Source of Income: **Dividends**
Income by Month:

|  | Date | Income |
|---|---|---|
| 6 Months Ago: | 09/2006 | $0.00 |
| 5 Months Ago: | 10/2006 | $0.00 |
| 4 Months Ago: | 11/2006 | $90.97 |
| 3 Months Ago: | 12/2006 | $0.00 |
| 2 Months Ago: | 01/2007 | $0.00 |
| Last Month: | 02/2007 | $0.00 |
|  | Average per month: | $15.16 |